IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA WARD, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 07-691 SLR |
| CATHOLIC CEMETERIES, INC., | ) ) JURY TRIAL DEMANDED |
|       Defendant. | ) ) ) ) |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel on behalf of the Defendant, Catholic Cemeteries, Inc.

    YOUNG CONAWAY STARGATT
    & TAYLOR, LLP

    */s/ Michael P. Stafford, Esquire*
    Michael P. Stafford, Esquire (I.D. #4461)
    Anthony G. Flynn, Esquire (I.D. #74)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391
    Telephone: (302) 571-6553; (302) 571-6675
    Facsimile: (302) 576-3345; (302) 576-3293
    Email: mstafford@ycst.com; aflyn@ycst.com
    Attorneys for Defendant

Dated: November 14, 2007