IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PATRICIA WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-691 SLR |
| | ) | |
| CATHOLIC CEMETERIES, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF SERVICE

I, Michael P. Stafford, Esquire, hereby certify that on February 28, 2008, two copies of Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) were served via Hand Delivery to the following counsel of record:

> Herbert G. Feuerhake, Esquire
> 521 West Street
> Wilmington, DE 19801

> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> */s/ Michael P. Stafford, Esquire*
> Anthony G. Flynn, Esquire (I.D. #74)
> Michael P. Stafford, Esquire (I.D. #4461)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> Telephone: (302) 571-6553; (302) 571-6675
> Facsimile: (302) 576-3345; (302) 576-3293
> Email: aflynn@ycst.com; mstafford@ycst.com
> Attorneys for Defendant

Dated: February 28, 2008