IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA WARD, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>CATHOLIC CEMETERIES, INC., )<br>)<br>  Defendant. )<br>)<br>) | Civil Action No. 07-691 SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Michael P. Stafford, Esquire, hereby certify that on April 2, 2008, two copies of *Defendant's First Set of Interrogatories Directed to Plaintiff* were served via Hand Delivery to the following counsel of record:

>Herbert G. Feuerhake, Esquire
>521 West Street
>Wilmington, DE  19801

>YOUNG CONAWAY STARGATT
>& TAYLOR, LLP
>
>*/s/ Michael P. Stafford, Esquire*
>Anthony G. Flynn, Esquire (I.D. #74)
>Michael P. Stafford, Esquire (I.D. #4461)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899-0391
>Telephone:  (302) 571-6553; (302) 571-6675
>Facsimile: (302) 576-3345; (302) 576-3293
>Email: aflynn@ycst.com; mstafford@ycst.com
>Attorneys for Defendant

Dated:  April 3, 2008