IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA WARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CATHOLIC CEMETERIES, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-691 SLR<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE OF PLAINTIFF PATRICIA WARD'S RULE 26 DISCOVERY RESPONSES

The undersigned counsel hereby certifies that two copies of *Plaintiff Patricia Ward's Responses to Interrogatories and Request for Production* were delivered by hand or sent by regular mail, postage prepaid this 25th day of April, 2008, to:

Michael Stafford, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
Wilmington, Delaware 19801

DATED: April 25, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HERBERT G. FEUERHAKE, ESQUIRE
　　　　　　　　　　　　　　　　　　The Law Office of Herbert G. Feuerhake
　　　　　　　　　　　　　　　　　　521 West Street
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　(302) 658-6101
　　　　　　　　　　　　　　　　　　DE Attorney ID #2590
　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

## Certificate of Service

I hereby certify that I have caused two copies of the foregoing *Notice of Service of Plaintiff Patricia Ward's Rule 26 Discovery Responses* to be electronically filed, with consequent service on defendant, on April 25, 2008.

_____
Herbert G. Feuerhake, Esq.