IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PATRICIA WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-691 SLR |
| | ) | |
| CATHOLIC CEMETERIES, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### RE-NOTICE OF DEPOSITION

TO:  Herbert G. Feuerhake, Esquire
     521 West Street
     Wilmington, DE  19801

Please take notice that the undersigned will take the oral deposition of Plaintiff, Patricia Ward on **Tuesday, June 24, 2008 at 9:30 a.m.** and continuing thereafter from hour to hour and day to day until completion, at the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, Wilmington, Delaware 19801.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Michael P. Stafford, Esquire
Anthony G. Flynn, Esquire (I.D. #74)
Michael P. Stafford, Esquire (I.D. #4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Telephone:  (302) 571-6553; (302) 571-6675
Facsimile: (302) 576-3345; (302) 576-3293
Email: aflynn@ycst.com; mstafford@ycst.com
Attorneys for Defendant

Dated:  June 3, 2008