IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PATRICIA WARD, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-691-SLR |
| CATHOLIC CEMETERIES, INC., | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **17th** day of **July, 2008:**

IT IS ORDERED that a teleconference is scheduled for July 18th, 2008 at 10:00 a.m. with Magistrate Judge Stark to discuss the mediation conference scheduled for July 22nd, 2008 at 10:00 a.m. Counsel for **defendants** shall initiate the teleconference call to (302) 573-4573.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

UNITED STATES MAGISTRATE JUDGE