IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA WARD,                :<br>                                          :<br>          Plaintiff,                  :<br>                                          :<br> v.                                     :<br>                                          :<br> CATHOLIC CEMETERIES, INC., :<br>                                          :<br>          Defendant.              : | C.A. No. 07-691-SLR |

### ORDER

At Wilmington this **18th** day of **July, 2008:**

**IT IS ORDERED** that the mediation conference scheduled for July 22nd, 2008 at 10:00 a.m. with Magistrate Judge Stark is hereby CANCELED.

IT IS FURTHER ORDERED that a teleconference is scheduled for **July 25th, 2008 at 10:30 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. Counsel for **defendants** shall initiate the teleconference call to (302) 573-4573.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE